IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-cv-348-F |
| | ) | (WO) |
| ARTRONE CHEATHAM | ) | |

**O R D E R**

On August 24, 2005, movant Artrone Cheatham, through counsel, filed a "*Motion to Voluntarily Dismiss Petition Under 28 U.S.C. § 2255*," in which he asks that he be allowed to withdraw his motion for relief under 28 U.S.C. § 2255 without prejudice. (Doc. 5.) Upon consideration of this motion, and for good cause, it is hereby ORDERED that:

1. Cheatham's motion to withdraw his motion for relief under 28 U.S.C. § 2255 is GRANTED.

2. This action is DISMISSED without prejudice.

DONE this 2nd day of September, 2005.

                                                        /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE